IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUEDA ESPINOZA, | |
| Plaintiff(s), | C 07 4678 |
| v. | Complaint at Law |
| OFFICER SEAN ULITIN and OFFICER ADAM DAVIS and the CITY OF NAPA, | Jury Trial Demand |
| Defendant(s). | |

## COMPLAINT AT LAW

NOW COMES AGUEDA ESPINOZA, the Plaintiff and pursuant to this Complaint at Law, states the following against the above named Defendants, to wit OFFICER SEAN ULITIN and OFFICER ADAM DAVIS (hereinafter "DEFENDANT OFFICERS") and the CITY OF NAPA.

### JURISDICTION

1. The jurisdiction of the court is invoked pursuant to the Civil Rights Act, 42 U.S.C. § 1983; the Judicial Code, 28 U.S.C. §1331 and §1343(a); the Constitution of the United States; and this Court's supplementary jurisdiction powers.

### PARTIES

2. PLAINTIFF is a resident of the State of California.

3. The DEFENDANT OFFICERS were at all times relevant hereto employed by and acting on behalf of the CITY OF NAPA.

### FACTS

4. On or about September 30, 2005, OFFICER SEAN ULITIN battered PLAINTIFF and used unreasonable force as to PLAINTIFF. This conduct violated the Fourth Amendment to the

1

United States Constitution. OFFICER ADAM DAVIS failed to intervene in the misconduct of OFFICER ULITIN even though he was able to do so.

5.  On or about September 30, 2005, PLAINTIFF did not obstruct justice, resist arrest and/or batter and/or assault any of the DEFENDANT OFFICERS.

6.  The show of force initiated by and/or the failure to intervene in the use of said force by the DEFENDANT OFFICERS caused an unreasonable seizure to the PLAINTIFF.

7.  On September 30, 2005, PLAINTIFF had not committed an act contrary to the laws of the State of California.

8.  As a direct and proximate result of one or more of the aforesaid acts or omissions of the DEFENDANT OFFICERS, PLAINTIFF was caused to suffer damages.

9.  On or about September 30, 2005, the DEFENDANT OFFICERS were on duty at all times relevant to this complaint and were duly appointed police officers for the CITY OF NAPA. The DEFENDANT OFFICERS engaged in the conduct complained of, on said date, in the course and scope of employment and while on duty. This action is being brought with regard to the individual capacity of the DEFENDANT OFFICERS.

10.  OFFICER SEAN UTLITIN, on September 30, 2005, came into physical contact with PLAINTIFF.

11.  The CITY OF NAPA is a duly incorporated municipal corporation and is the employer and principal of the DEFENDANT OFFICERS. At all times material to this complaint, the DEFENDANT OFFICERS were acting under color of state law, ordinance and/or regulation, statutes, custom and usages of the CITY OF NAPA.

## COUNT I
### §1983 Excessive Force

11.  PLAINTIFF re-alleges paragraphs 1 – 13 as though fully set forth herein.

12.  The actions of the DEFENDANT OFFICERS amount to an excessive use of force onto PLAINTIFF. This conduct violates the Fourth Amendment of the United States Constitution.

13.  The aforementioned actions of the DEFENDANT OFFICERS were the direct and proximate cause of the constitutional violations set forth above.

WHEREFORE, PLAINTIFF demands compensatory damages from the DEFENDANT OFFICERS. PLAINTIFF also demands punitive damages and costs against the DEFENDANT OFFICERS. PLAINTIFF also demands whatever additional relief this Court deems equitable and just.

## COUNT II
### §1983 False Arrest

14.  PLAINTIFF re-alleges paragraphs 1 – 13 as though fully set forth herein.

15.  The actions of the DEFENDANT OFFICERS caused the arrest of the PLAINTIFF without probable cause to believe that PLAINTIFF committed criminal activity. Therefore, the conduct of the DEFENDANT OFFICERS was in violation of the Fourth Amendment to the United States Constitution.

16.  The aforementioned actions of the DEFENDANT OFFICERS were the direct and proximate cause of the Constitutional violations set forth above.

WHEREFORE, PLAINTIFF demands compensatory damages from the DEFENDANT OFFICERS. PLAINTIFF also demands punitive damages and costs against the DEFENDANT OFFICERS. PLAINTIFF also demands whatever additional relief this Court deems equitable and just.

## COUNT III
### False Arrest – State Claim

17.  PLAINTIFF re-alleges paragraphs 1 – 13 as though fully set forth herein.

3

18.  The DEFENDANT OFFICERS arrested PLAINTIFF without probable cause to believe that PLAINTIFF committed criminal activity. The conduct of the DEFENDANT OFFICERS was in violation of the Constitution to the State of California as well as California law.

19.  The aforementioned actions of the DEFENDANT OFFICERS were the direct and proximate cause of the violations set forth above.

WHEREFORE, PLAINTIFF demands compensatory damages from the DEFENDANT OFFICERS. PLAINTIFF also demands punitive damages and costs against the DEFENDANT OFFICERS. PLAINTIFF also demands whatever additional relief this Court deems equitable and just.

### COUNT IV
### Battery –State Claim

20.  PLAINTIFF re-alleges paragraphs 1 – 13 as though fully set forth herein.

21.  The DEFENDANT OFFICERS struck the PLAINTIFF intentionally, without consent and without justification.

22.  The conduct of the DEFENDANT OFFICERS was in violation of California Law.

23.  The aforementioned actions of the DEFENDANT OFFICERS were the direct and proximate cause of the violations set forth above.

WHEREFORE, PLAINTIFF demands compensatory damages from the DEFENDANT OFFICERS. PLAINTIFF also demands punitive damages and costs against the DEFENDANT OFFICERS. PLAINTIFF also demands whatever additional relief this Court deems equitable and just.

### COUNT V
### Supplementary Claim for *Respondeat Superior*

24.  PLAINTIFF re-alleges paragraphs 1 – 13 as though fully set forth herein.

25.     The aforesaid acts of the DEFENDANT OFFICERS were in the scope of employment and therefore the Defendant CITY OF NAPA, as principal, is liable for the actions of its agent(s) under the doctrine of *respondeat superior*.

WHEREFORE should the DEFENDANT OFFICERS be found liable for any state claims alleged herein, Plaintiff demands judgment against the CITY OF NAPA and such other additional relief, as this Court deems equitable and just.

**Plaintiff demands trial by jury.**

> Respectfully submitted,
>
> *[signature]*
> Agueda V. Espinoza
> Plaintiff