**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date: December 18, 2007

Case No: **C-07-04678 EDL**

Case Name: **AGUEDA ESPINOZA v. OFFICER SEAN ULITIN**

| | |
|---|---|
| Attorneys:   Pltf: Agueda Espinoza | Deft: No appearance |
| Deputy Clerk: Lili M. Harrell | FTR Digital Recorder: 10:54am - 10:58am |

**PROCEEDINGS:**
   Initial Case Management Conference - not held.

**ORDERED AFTER HEARING:**
   Plaintiff shall inform the Court if she has retained counsel by 12/27/07.

**Order to be prepared by:**  [] Plntf  [] Deft  []  Court

**Case continued to:**  for

**Notes:** Court informs plaintiff if counsel is retained, attorney shall file notice of appearance.
       Last day for service to defendants is 1/9/2008.

cc: