Anthony Boskovich, SBN121198
Law Offices of Anthony Boskovich
28 N. First Street, 6th Floor
San Jose, California 95113-1210

Tel: (408) 286-5150

Attorney for Plaintiff
AGUEDA ESPINOZA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUEDA ESPINOZA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>OFFICER SEAN ULITIN; OFFICER ADAM DAVIS; CITY OF NAPA; et al.,<br><br>　　　　Defendants. | No. C 07 4678 EDL<br><br>SUBSTITUTION OF ATTORNEY |

Plaintiff AGUEDA ESPINOZA, *in propria persona*, hereby substitutes Anthony Boskovich, Law Offices of Anthony Boskovich, 28 N. First Street, 6th Floor, San Jose, California 95113-1210, (408) 286-5150, as her attorney of record in this matter.

Dated: 12-31-07

_____
AGUEDA ESPINOZA

I accept this substitution.

Dated: 3 January 2008

_____
ANTHONY BOSKOVICH

Substitution of Attorney