| Attorney Or Party Without Attorney (Name And Address): ANTHONY BOSKOVICH #121198<br>LAW OFFICES OF ANTHONY BOSKOVICH<br>28 N. First St., Suite 600<br>San Jose, Ca 95113 | Telephone: (408) 286-5150 | FOR COURT USE ONLY |
|---|---|---|
| Attorneys for: | Ref. No. Or File No. 348699 | |

Insert name of court, judicial district and branch court, if any:
**UNITED STATES DISTRICT COURT**

Plaintiff: AGUEDA ESPINOZA

Defendant: OFFICER SEAN ULITIN

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number: C074678 EDL |
|---|---|---|---|---|

I, Ray Lowe, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINE; CASE MANAGEMENT CONFERENCE

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

| Defendant | : | OFFICER ADAM DAVIS |
|---|---|---|
| By Serving | : | SARA COX, CITY CLERK. |
| Address | : | 1539 FIRST STREET, NAPA, CA 94559 |
| Date & Time | : | Wednesday, January 2, 2008 @ 12:42pm |
| Witness fees were | : | Not applicable. |

Person serving:
Ray Lowe
**Pacific Research & Retrieval, Inc.**
P.O. Box 461, San Jose, CA 95103
408-295-6800    Fax 408-295-6895

a. Fee for service: $96.00
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 185
   (3) County: Solano
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 9, 2008                    Signature: _____
                                                   Ray Lowe


Printed on recycled paper