| Attorney Or Party Without Attorney (Name and Address): | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| ANTHONY BOSKOVICH #121198<br>LAW OFFICES OF ANTHONY BOSKOVICH<br>28 N. First St., Suite 600<br>San Jose, Ca 95113 | (408) 286-5150 | |
| Attorneys for: | Ref. No. Or File No.<br>348700 | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT | | |

Plaintiff:
AGUEDA ESPINOZA

Defendant:
OFFICER SEAN ULITIN

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C074678 EDL |
|---|---|---|---|---|

I, Ray Lowe, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINE; CASE MANAGEMENT CONFERENCE

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant           : CITY OF NAPA

By Serving          : SARA COX, CITY CLERK.

Address             : 955 SCHOOL STREET, NAPA, CA 94559
Date & Time         : Wednesday, January 2, 2008 @ 1:21pm
Witness fees were   : Not applicable.

Person serving:
Ray Lowe
**Pacific Research & Retrieval, Inc.**
P.O. Box 461, San Jose, CA 95103
408-295-6800      Fax 408-295-6895

a. Fee for service: $96.00
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 185
   (3) County: Solano
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 9, 2008                              Signature:_____
                                                                        Ray Lowe


Printed on recycled paper