MICHAEL W. BARRETT, CITY ATTORNEY (SBN 155968)
DAVID C. JONES, DEPUTY CITY ATTORNEY (SBN 129881)
NAPA CITY ATTORNEY'S OFFICE
CITY OF NAPA
P.O. BOX 660
NAPA, CA 94559
Telephone: (707) 257-9516
Facsimile: (707) 257-9274

Attorneys for Defendants CITY OF NAPA,
OFFICER SEAN ULITIN and OFFICER ADAM DAVIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUEDA ESPINOZA, | Case No. C07 4678 EDL |
| Plaintiff, | STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT |
| vs. | |
| OFFICER SEAN ULITIN and OFFICER ADAM DAVIS and the CITY OF NAPA, | |
| Defendants. | |

All parties, by and through counsel, hereby stipulate and agree that all Defendants' time for response to Plaintiff's complaint shall be extended through and including February 1, 2008.

**SO STIPULATED.**

                                                    CITY OF NAPA

January 18, 2008                By:      /S/
                                                   DAVID C. JONES, Deputy City Attorney
                                                   Attorney for City Defendants

                                                   LAW OFFICES OF ANTHONY BOSKOVICH

January 18, 2008                By:      /S/
                                                 ANTHONY BOSKOVICH
                                                   Attorney for Plaintiff

Stipulation Extending Time to Respond to Complaint