MICHAEL W. BARRETT, CITY ATTORNEY (SBN 155968)
DAVID C. JONES, DEPUTY CITY ATTORNEY (SBN 129881)
NAPA CITY ATTORNEY'S OFFICE
CITY OF NAPA
P.O. BOX 660
NAPA, CA 94559
Telephone:  (707) 257-9516
Facsimile:   (707) 257-9274

Attorneys for Defendants CITY OF NAPA,
OFFICER SEAN ULITIN and OFFICER ADAM DAVIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUEDA ESPINOZA,<br><br>  Plaintiff,<br><br>  vs.<br><br>OFFICER SEAN ULITIN and OFFICER ADAM DAVIS and the CITY OF NAPA,<br><br>  Defendants. | Case No. C07 4678 EDL<br><br>STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT |

All parties, by and through counsel, hereby stipulate and agree that all Defendants' time for response to Plaintiff's complaint shall be extended through and including February 15, 2008.

**SO STIPULATED.**

CITY OF NAPA

February 1, 2008          By:     /S/
                                  DAVID C. JONES, Deputy City Attorney
                                  Attorney for City Defendants

LAW OFFICES OF ANTHONY BOSKOVICH

February 1, 2008          By:     /S/
                                  ANTHONY BOSKOVICH
                                  Attorney for Plaintiff

Stipulation Extending Time to Respond to Complaint

1