MICHAEL W. BARRETT, CITY ATTORNEY (SBN 155968)
DAVID C. JONES, DEPUTY CITY ATTORNEY (SBN 129881)
NAPA CITY ATTORNEY'S OFFICE (dcjones@cityofnapa.org)
CITY OF NAPA
P.O. BOX 660
NAPA, CA 94559
Telephone: (707) 257-9516
Facsimile: (707) 257-9274

Attorneys for Defendants CITY OF NAPA,
OFFICER SEAN ULITIN and OFFICER ADAM DAVIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUEDA ESPINOZA, | Case No. C07 4678 EDL |
| Plaintiff, | CITY DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED [FRCP RULE 12(b)(6) |
| vs. | |
| OFFICER SEAN ULITIN and OFFICER ADAM DAVIS and the CITY OF NAPA, | DATE: March 25, 2008<br>TIME; 9:00 a.m.<br>CRTRM: E, 15th Floor |
| Defendants. | **The Honorable Elizabeth D. Laporte** |

**TO PLAINTIFF AND TO HER ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that on March 25, 2008 at 9:00 a.m. or as soon thereafter as this matter may be heard in the above entitled Court located at 450 Golden Gate Avenue, San Francisco, California, Courtroom E, 15th Floor, Defendants City of Napa and Officers Sean Ulitin and Adam Davis will and hereby do move the Court to dismiss the action pursuant to FRCP Rule 12(b)(6). The motion is brought on the ground that Plaintiff's complaint fails to state facts sufficient to support any claim for relief herein in that no facts are state which constitute any violation of law or rights or any tort. The motion is further brought on the grounds that Plaintiff's three state law causes of action or "counts" (Counts III, IV and V) are untimely and thus barred pursuant to California Government Code Section 945.6.

1   The motion is based on this notice of motion, the memorandum of points and authorities, and the
2   request for judicial notice filed herewith, on the pleadings and papers filed herein, and on any argument
3   and evidence offered at the hearing on the motion.
4
5   February 15, 2008                    By:         /S/
                                              DAVID C. JONES, Deputy City Attorney
6                                             Attorney for City Defendants

2

City Defendants' Notice of Motion and Motion to Dismiss [FRCP Rule 12(b)(6)]