MICHAEL W. BARRETT, CITY ATTORNEY (SBN 155968)
DAVID C. JONES, DEPUTY CITY ATTORNEY (SBN 129881)
NAPA CITY ATTORNEY'S OFFICE (dcjones@cityofnapa.org)
CITY OF NAPA
P.O. BOX 660
NAPA, CA 94559
Telephone: (707) 257-9516
Facsimile: (707) 257-9274

Attorneys for Defendants CITY OF NAPA,
OFFICER SEAN ULITIN and OFFICER ADAM DAVIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUEDA ESPINOZA, | Case No. C07 4678 EDL |
| Plaintiff, | CITY DEFENDANTS' REQUEST FOR JUDICIAL NOTICE |
| vs. | |
| | **DATE:** March 25, 2008 |
| OFFICER SEAN ULITIN and OFFICER ADAM DAVIS and the CITY OF NAPA, | **TIME;** 9:00 a.m. |
| | **CRTRM:** E, 15th Floor |
| Defendants. | **The Honorable Elizabeth D. Laporte** |

Defendants City of Napa, Officers Sean Ulitin and Adam Davis hereby request the Court take judicial notice pursuant to Federal Rule of Evidence 201(b)(2) and Federal Rule of Evidence 902(4) and 902(8) of the following certified official records of the City of Napa:

1. The "Verified Claim Against the City of Napa" dated October 10, 2005 filed by Plaintiff Agueda V. Espinoza.

2. A document entitled "Notice of Rejected Claim for Damages" dated 2/27/06.

True and correct copies of said documents are attached as Exhibits 1 and 2 to this Request for Judicial Notice.

February 15, 2008          By:          /S/
                                        DAVID C. JONES, Deputy City Attorney
                                        Attorney for City Defendants

1

---

City Defendants' Request for Judicial Notice

# EXHIBIT 1

STATE OF CALIFORNIA  }
COUNTY OF NAPA     } SS
CITY OF NAPA       }

      I, Rebecca Ryan, Deputy City Clerk in and for the City of Napa, State of California, do hereby certify the attached to be a full, true and correct copy of a verified claim sent by Agueda V. Espinoza received January 4, 2006 same appears on record in the official claim file entitled "Claim of Agueda V. Espinoza v. City of Napa" which is maintained by the City Clerk for the City of Napa, with the original of which said copy has been compared by me, and is a true transcript therefrom.



IN WITNESS WHEREOF I have hereunto set my hand and affixed the Seal of said City, at my office in the City of Napa, this February 15, 2008.

_____
                              Rebecca Ryan
Deputy City Clerk of the City of Napa

#06-01



# CITY of NAPA

CITY OF NAPA
CITY CLERK
(1/4/06)
05 DEC -5 PM 4:02
06-01/04  png

**VERIFIED CLAIM
AGAINST THE CITY OF NAPA**

**CITY CLERK**
955 School Street
Mailing Address:
P.O. Box 660
Napa, California 94559-0660
(707) 257-9503
FAX # (707) 257-9534
www.cityofnapa.org

Date: 10-10-05

TO:  CITY OF NAPA
     C/O CITY CLERK'S DEPARTMENT

The undersigned hereby presents the following claim against the City of Napa in accord with the provisions of Government Code Section 900 et seq.

1. Name and Address of Claimant: Agueda V. Espinoza
   1246 Trower Ave
   Napa, CA 94558

   Telephone Number (Work) ∅         (Home) 707 224 2009

2. Mailing address to which notices from the City are to be directed:
   Same above

3. Date of Incident: 09-30-05                Time of Incident: between 5:30 and 6 PM
   Location of Incident: Health Department = at the Parking lot behind G Building.

4. Description of the Incident or Accident including your reason for believing that the City is liable for your damages: The Police "S. Ulitin" = pulled my big keychain from my hand so hard that he hurt my fingers, he pulled so hard that he tore the keychain in pieces that flew everywhere. It was very painful I told him that he hurt me. I had to see the doct I think the City is liable because the Police caused this incident.

5. Description of all damages which you believe that you have incurred as a result of the incident:
   When I went to the Emergency room I learned that the reason of the pain was because he caused me a "finger sprain" on one of my fingers I had to wear a splint.

6. The name(s) of any City employee(s) and/or department(s) causing the damages that you are claiming:

"S. Uitin"

7. Type of vehicle involved (license, description, make, model):

Your's: Mercury Sable     City's: _____
3CPLS21

8. If the amount claimed is $10,000.00 or less, specify the amount of the claim, including the estimated amount of any prospective injury, damage or loss insofar as it may be known at this time (please attach all estimates if available)

$1,369.00

9. If the amount claimed exceeds $10,000.00 indicate which court would have jurisdiction:

Municipal Court: _____   Superior Court: _____

NOTE: At the time of the preparation of this form, the Municipal Court generally had jurisdiction over cases at law in which the demand is $25,000.00 or less, and the Superior Court generally had jurisdiction over cases at law which exceed that amount.

10. If this is a claim for indemnity, on what date were you served with the underlying lawsuit? _____

11. Was the Police Department contacted? ___✓___ Yes _____ No   P.D. Report # _____

I talked to Sargent Steve LaVoy and signed a citizen complaint on 10-07-05

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT, AND TO THE BEST OF MY KNOWLEDGE, I HAVE COMPLIED WITH THE PROVISIONS OF THE GOVERNMENT CODE.

Signed: _____ (Claimant)

Witness: _____
Witness Name: Connie Garcia
Address: 125 N. Camino Alto
Telephone: (707) 552-1849

I HEREBY AUTHORIZE release of medical records to the custody of the city's Claims Administrator, George Hills Company.

Signed: _____

Submit to:  City of Napa
            City Clerk's Department
            P.O. Box 660
            955 School Street
            Napa, CA 94559
            (707) 257-9503

**SCANNED**
JAN 3 0 2006

**Initials** cb

# EXHIBIT 2

STATE OF CALIFORNIA  ⎫
COUNTY OF NAPA      ⎬ SS
CITY OF NAPA        ⎭

      I, Rebecca Ryan, Deputy City Clerk in and for the City of Napa, State of California, do hereby certify the attached to be a full, true and correct copy of a Notice of Rejected Claim for Damages sent to Agueda V. Espinoza on February 27, 2006, same appears on record in the official claim file entitled "Claim of Agueda V. Espinoza v. City of Napa" which is maintained by the City Clerk for the City of Napa, with the original of which said copy has been compared by me, and is a true transcript therefrom.



    IN WITNESS WHEREOF I have hereunto set my hand and affixed the Seal of said City, at my office in the City of Napa, this February 15, 2008.

                        Rebecca Ryan
Deputy City Clerk of the City of Napa

CITY OF NAPA
c/o George Hills Company, Inc.
313 Lennon Lane, Ste. 200
Walnut Creek, CA 94598
(707-645-7757)

| | |
|---|---|
| Claim of AGUEDA v. ESPINOZA ) | |
|                     Claimant, ) | NOTICE OF REJECTED |
|         v. ) | CLAIM FOR DAMAGES |
| CITY OF NAPA ) | |
|                     Respondent. ) | (Gov. Code 913) |
| _____ ) | |

TO:    Agueda V. Espinoza
        1246 Trower Avenue
        Napa, CA 94558

NOTICE IS HEREBY GIVEN that the claim which you presented by filing it in the office of the City Clerk on January 4, 2006 was deemed to be rejected on February 18, 2006 (45th day after filing the claim), and the undersigned hereby gives you notice to this effect.

## WARNING

Subject to certain exceptions, you have only six (6) months from the date this notice is personally delivered or deposited in the mail to file a court action on your state law claims. See Government Code Section 945.6. This notice does not apply to any claim you may have under federal law, and your time for filing an action on any federal law claim may be less than six months.

You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

Please be advised that pursuant to Sections 128.7 and 1038 of the California Code of Civil Procedure, the City of Napa will seek to recover all costs of defense in the event an action is filed in this matter and it is determined that action was not brought in good faith and with reasonable cause.

DATED:    02/27/06

                                          Kerry John Whitney, RPA
                                          Claims Manager
                                          George Hills Company, Inc.
Claim No.   06-001                          Claim Administrator for
File No.     1-95505-24                   CITY OF NAPA

cc:          City of Napa

## PROOF OF SERVICE - C.C.P. 1013A, 2015.5

I, Kristi Porterfield, declare that:

1. I am employed in the County of Contra Costa, California; I am over the age of eighteen years and not a party to the within cause; and my business address is 313 Lennon Lane, Suite 200, Walnut Creek, CA 94598.

2. I am readily familiar with the practice of the City of Napa for the processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

3. On February 27, 2006 I served the following document(s)

**NOTICE OF REJECTED CLAIM FOR DAMAGES**
**Claim of Agueda V. Espinoza**

in said cause, on the following interested parties:

Agueda V. Espinoza
1246 Trower Avenue
Napa, CA 94558

4. Said service was performed in the following manner:

X **BY U.S. POSTAL SERVICE (Mail):** I placed each such document in a sealed envelope addressed as noted above, with first-class mail postage thereon fully prepaid, for collection and mailing at Walnut Creek, California, following the above-stated business practice, on this date.

**BY PERSONAL SERVICE:** I hand-delivered each such envelope to the address[es] listed on this date.

**BY COURIER/MESSENGER SERVICE (Hand Delivery):** I caused each such envelope to be delivered by hand to the address[es] listed above on this date.

**BY FACSIMILE:** I caused said document[s] to be transmitted by facsimile machine to the parties at the number[s] indicated above on this date.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed February 27, 2006 at Walnut Creek, California.

_____
Kristi Porterfield