MICHAEL W. BARRETT, CITY ATTORNEY (SBN 155968)
DAVID C. JONES, DEPUTY CITY ATTORNEY (SBN 129881)
NAPA CITY ATTORNEY'S OFFICE (dcjones@cityofnapa.org)
CITY OF NAPA
P.O. BOX 660
NAPA, CA 94559
Telephone: (707) 257-9516
Facsimile: (707) 257-9274

Attorneys for Defendants CITY OF NAPA,
OFFICER SEAN ULITIN and OFFICER ADAM DAVIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUEDA ESPINOZA, | Case No. C07 4678 EDL |
| Plaintiff, | [PROPOSED] ORDER GRANTING CITY DEFENDANTS' FRCP RULE 12(b)(6) MOTION TO DISMISS |
| vs. | |
| OFFICER SEAN ULITIN and OFFICER ADAM DAVIS and the CITY OF NAPA, | |
| Defendants. | |

Defendants City of Napa and Officers Sean Ulitin and Adam Davis' ("City Defendants") motion to dismiss pursuant to FRCP Rule 12(b)(6) came before the Court on noticed motion. A hearing was held on March 25, 2008 before the Honorable Elizabeth D. Laporte. Anthony Boskowitz appeared for Plaintiff; David C. Jones appeared for City Defendants.

Having considered the parties' written and oral submissions, including matters subject to judicial notice and Plaintiff's complaint allegations, it is hereby ORDERED that City Defendants' motion to dismiss is GRANTED WITHOUT LEAVE TO AMEND as to "Counts" III, IV and V, which are barred by the statute of limitations of California Government Code Section 945.6.

As to Counts I and II, City Defendants' motion to dismiss is GRANTED WITH LEAVE TO AMEND. Plaintiff is directed to state facts which support her claims of excessive force and false arrest

1

[PROPOSED] Order Granting City Defendants' FRCP Rule 12(b)(6) Motion to Dismiss

1  in violation of her Fourth Amendment rights.  Plaintiff shall file her amended complaint within 10 days
2  of service of this Order.
3  **SO ORDERED.**

5  Dated: _____

   _____
6  The Honorable Elizabeth D. Laporte
   United States District Judge

2

[PROPOSED] Order Granting City Defendants' FRCP Rule 12(b)(6) Motion to Dismiss