1  Anthony Boskovich, No. 121198
   Law Offices of Anthony Boskovich
2  28 N. First Street, 6th Floor
   San Jose, California 95113-1210
3  policemisconduct@compuserve.com

4  408-286-5150

5  Attorney for plaintiff AGUEDA ESPINOZA

### IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| AGUEDA ESPINOZA,<br>　　　　　　　*Plaintiff,*<br>v.<br>OFFICER SEAN UTILIN and OFFICER ADAM DAVIS and the CITY OF NAPA,<br>　　　　　　　*Defendants.* | No. C07 4678 EDL<br><br>REQUEST FOR TELEPHONIC APPEARANCE<br><br>Date: 25 March 2008<br>Time: 9:00 A.M.<br>Courtroom: E, 15th Floor<br>Judge: Honorable Elizabeth Laporte |

Plaintiff AGUEDA ESPINOZA, by and through her attorney of record, Anthony Boskovich, Law Offices of Anthony Boskovich, 28 N. First Street, 6th Floor, San Jose, California 95113-1210, (408) 286-5150, hereby request the Court's permission to appear by telephone at the hearing scheduled for March 25, 2008 at 9:00AM in Courtroom E. Plaintiff's counsel has notified Mr. David

//
//
//
//
//

Request for Telephonic Appearance
C07 4678 EDL                                                                                           Page 1

1  Jones of the City Attorney's Office, and there are no objections to Plaintiff's request top appear by
2  telephone.
3
4  Dated: 17 March 2008                                   Law Offices of Anthony Boskovich

                                                          _____
                                                          Anthony Boskovich
                                                          Attorney for plaintiff

## ORDER

It is so ordered. Plaintiff's Request for Telephonic Appearance is hereby granted. The Court shall initiate the telephone call on the date set forth above.

Dated: _____

HON. ELIZABETH LAPORTE
United States Magistrate Judge

Request for Telephonic Appearance
C07 4678 EDL                                                                          Page 2

*Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113 (408) 286-5150*