# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**ELIZABETH D. LAPORTE**  **Date:** March 25, 2008
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**   C-07-04678

**Title:**   AGUEDA ESPINOZA v. OFFICER SEAN ULITIN

**Attorneys:**   Plaintiff: Anthony Boskovich (p)   Defendants: David C. Jones

**Deputy Clerk:**   Lili M. Harrell   **Court Reporter:** Sahar McVickar
(Time: 9:31am - 9:41am )

| PROCEEDINGS: | RULINGS: |
|---|---|
| Defendants' Motion to Dismiss | Granted in part with leave to amend |

**ORDERED AFTER HEARING:**   Case Management Conference set for May 6, 2008 at 10:00am.  Joint case management statement due 4/29/08.

**ORDER TO BE PREPARED BY:**  [ ]  Plaintiff  [ ]  Defendant  [ ]  Court

**Case Continued to:**

Notes:

cc: