MICHAEL W. BARRETT, CITY ATTORNEY (SBN 155968)
DAVID C. JONES, DEPUTY CITY ATTORNEY (SBN 129881)
NAPA CITY ATTORNEY'S OFFICE (dcjones@cityofnapa.org)
CITY OF NAPA
P.O. BOX 660
NAPA, CA 94559
Telephone: (707) 257-9516
Facsimile: (707) 257-9274

Attorneys for Defendants OFFICER SEAN ULITIN and
OFFICER ADAM DAVIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUEDA ESPINOZA, <br><br> Plaintiff, <br><br> vs. <br><br> OFFICER SEAN ULITIN and OFFICER ADAM DAVIS and the CITY OF NAPA, <br><br> Defendants. | Case No. C07 4678 EDL <br><br> DEFENDANTS OFFICER SEAN ULITIN AND OFFICER ADAM DAVIS' DEMAND FOR JURY TRIAL |

Defendants Officer Sean Ulitin and Officer Adam Davis hereby demand trial by jury.

CITY OF NAPA

April 11, 2008                By:    /s/
                                     DAVID C. JONES, Deputy City Attorney
                                     Attorney for City Defendants

---

Defendants' Demand for Jury Trial