# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**ELIZABETH D. LAPORTE**  **Date:** May 6, 2008
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**     C-07-04678 EDL

**Title:**     AGUEDA ESPINOZA v. OFFICER SEAN ULITIN

**Attorneys:**   Plaintiff: Anthony Boskovich     Defendants: David C. Jones

**Deputy Clerk:**   Lili M. Harrell     **FTR Digital Recorder:** 10:36am-10:49am (13 min)

**PROCEEDINGS:**

Initial Case Management Conference - Held

**ORDERED AFTER HEARING:**
- Case is referred to the Court's ADR Program for mediation to occur within 90 days, if possible.
- Defendant's Motion for summary judgment shall be filed 8/5/2008; opposition due 8/19/2008; reply brief due 8/26/2008. Hearing set for 9/16/2008 at 2:00pm.
- Further case management conference set for 9/16/2008 at 2:00pm.

**ORDER TO BE PREPARED BY:** [ ] Plaintiff  [ ] Defendant  [X] Court

**Case Continued to:**

Notes:

cc: ADR