1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AGUEDA ESPINOZA,

          Plaintiff,

   v.

OFFICER SEAN ULITIN,

          Defendant.

_____/

No. C-07-04678 EDL

**ORDER FOLLOWING CASE
MANAGEMENT CONFERENCE**

On May 6, 2008, the Court held a case management conference during which the Court ordered the following:

1.    This case is referred to the Court's Alternative Dispute Resolution program for mediation to take place, if possible, within 90 days of the date of this order.

2.    Discovery is open and the parties agreed to some limited initial discovery prior to Defendant filing a motion for summary judgment.

3.    Defendant shall file his Motion for Summary Judgment no later than August 5, 2008. No later than August 19, 2008, Plaintiff shall file her opposition. Defendant's reply shall be filed no later than August 26, 2008. A hearing is scheduled for September 16, 2008 at 2:00 p.m.

4.    A further case management conference is scheduled for September 16, 2008 at 2:00 p.m. The parties shall file an updated joint case management conference statement no later than September 9, 2008.

**IT IS SO ORDERED.**

Dated: May 8, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California