MICHAEL W. BARRETT, CITY ATTORNEY (SBN 155968)
DAVID C. JONES, DEPUTY CITY ATTORNEY (SBN 129881)
NAPA CITY ATTORNEY'S OFFICE
CITY OF NAPA
P.O. BOX 660
NAPA, CA 94559
Telephone: (707) 257-9516
Facsimile: (707) 257-9274

Attorneys for Defendants CITY OF NAPA,
OFFICER SEAN ULITIN and OFFICER ADAM DAVIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUEDA ESPINOZA, | Case No. C07 4678 EDL |
| Plaintiff, | STIPULATION AND ORDER ADJUSTING DEFENDANTS' DATE FOR FILING SUMMARY JUDGMENT MOTION |
| vs. | |
| OFFICER SEAN ULITIN and OFFICER ADAM DAVIS and the CITY OF NAPA, | |
| Defendants. | |

1. **RECITALS SUPPORTING STIPULATION AND ORDER.**

At the Case Management Conference in this matter on May 6, 2008, the Court set August 5, 2008 as the date for Defendants' filing of an early summary judgment motion.

Shortly thereafter, Defendants contacted Plaintiff to request a date for Plaintiff's deposition, which is required to support Defendants' summary judgment motion. Defendants asked for a deposition date in early June, 2008. The parties ultimately agreed to a deposition date of June 20, 2008.

On June 4, 2008, Plaintiff's counsel's office contacted Defendants' counsel and informed that due to a trial, Plaintiff and Plaintiff's counsel could not be available for depositions until July 28 and 29, 2008.

Defendants assert that July 28 and 29, 2008 depositions, under the circumstances set forth above, come too late for an August 5, 2008 motion filing cutoff date. Moreover, Defendants' counsel will be

out of the state on vacation during the period of August 5, 2008 through August 13, 2008. The parties, therefore, assert that good cause exists for the Court to vacate the current briefing and hearing schedule and to adopt the schedule set forth in the stipulation below.

2.   STIPULATION.

Defendants and Plaintiff jointly request that the Court reschedule the relevant dates for Defendants' summary judgment motion as follows:

| | |
|---|---|
| Last Day for Defendants to File Motion for Summary Judgment: | October 14, 2008 |
| Plaintiff's Opposition Due: | October 28, 2008 |
| Defendants' Reply Due: | November 4, 2008 |
| Hearing and Case Management Conference: | November 18, 2008 |

**SO STIPULATED.**

CITY OF NAPA

June 23, 2008          By:    /s/
                              DAVID C. JONES, Deputy City Attorney
                              Attorney for City Defendants


LAW OFFICES OF ANTHONY BOSKOVICH

June 23, 2008          By:    /s/
                              ANTHONY BOSKOVICH
                              Attorney for Plaintiff


Good cause appearing, the current briefing and hearing schedule is vacated, and the Court adopts the briefing and hearing schedule set forth in the parties' stipulation, as set forth above.

**SO ORDERED.**

Dated: _____, 2008
                              MAGISTRATE JUDGE ELIZABETH D. LAPORTE

2

Stipulation and Order Adjusting Defendants Date for Filing Summary Judgment Motion