1
MICHAEL W. BARRETT, CITY ATTORNEY (SBN 155968)
DAVID C. JONES, DEPUTY CITY ATTORNEY (SBN 129881)
2
NAPA CITY ATTORNEY'S OFFICE (dcjones@cityofnapa.org)
CITY OF NAPA
3
P.O. BOX 660
NAPA, CA 94559
4
Telephone:  (707) 257-9516
Facsimile:   (707) 257-9274
5

6
Attorneys for Defendants OFFICER SEAN ULITIN and
OFFICER ADAM DAVIS

7
ANTHONY BOSKOVICH (SBN 121198)
LAW OFFICES OF ANTHONY BOSKOVICH
8
28 N. FIRST STREET, 6TH FLOOR
SAN JOSE, CA 95113-1210
9
(policemisconduct@compuserve.com)
Telephone:  (408) 286-5150
10

11
Attorney for Plaintiff AGUEDA ESPINOZA

12
UNITED STATES DISTRICT COURT

13
NORTHERN DISTRICT OF CALIFORNIA

14

15
AGUEDA ESPINOZA,                                      )  Case No. C07 4678 EDL
                                                                   )
16
                        Plaintiff,                               )  STIPULATED MOTION AND ORDER
                                                                   )  EXTENDING DEADLINE FOR MEDIATION
17
            vs.                                                   )
                                                                   )
18
OFFICER SEAN ULITIN and OFFICER ADAM  )
DAVIS and the CITY OF NAPA,                       )
19
                                                                   )
                        Defendants.                           )
20
                                                                   )
                                                                   )
21
                                                                   )

22
        All parties jointly present this Stipulated Motion and Order pursuant to ADR L.R. 6-5 and Civil

23
L.R. 7-11 and 7-12.  The Court's assigned Mediator, Randolph W. Hall, supports the parties' request to

24
extend the current mediation deadline.

25
                                                    **RECITALS**

26
        At the May 6, 2008 case management conference, counsel for Defendants informed the Court

27
that Defendants' intention was to bring an early summary judgment motion.  Counsel for Defendants

28
further informed the Court that Defendants would not be in a position to seriously participate in

1

Stipulated Motion and Order Extending Deadline for Mediation

1   mediation at least until depositions of Plaintiff, her husband, and another eye witness to the relevant

2   events had been taken, and more likely would not be in a position to seriously participate in mediation

3   until Defendants' summary judgment motion was decided.  The Court stated it would set the mediation

4   date at 90 days, subject to change at the parties' request.

5          Pursuant to the Court's May 8, 2008 order following case management conference, the case was

6   referred to the alternative dispute resolution program for mediation to take place, "if possible," within 90

7   days of the date of the order, which would have been August 8, 2008.

8          Shortly thereafter, Defendants contacted Plaintiff to request a date for Plaintiff's deposition, and

9   the parties initially agreed to a deposition date of June 20, 2008.

10          On June 4, 2008, Plaintiff's counsel office contacted Defendants' counsel and informed that due

11  to a trial Plaintiff and Plaintiff's counsel could not be available for depositions until July 28 and 29,

12  2008.  The parties agreed to hold those dates for the necessary depositions.

13          Pursuant to the parties' stipulation, on June 25, 2008, the Court set October 14, 2008 as the last

14  day for Defendants' summary judgment motion to be filed, and November 18, 2008 for hearing on the

15  matter, and further case management conference.

16          On July 10, 2008, Defendants' counsel contacted Plaintiff's counsel's office to confirm July 28

17  and 29, 2008 depositions.  Plaintiff's counsel's assistant replied that Plaintiff's counsel had been called

18  for jury duty the week of July 28th.  Shortly thereafter, the parties agreed to reschedule the depositions to

19  August 20 and 21, 2008.

20          At a July 22, 2008 pre-mediation telephone conference among the parties and the assigned

21  Mediator, Randolph W. Hall of the Oakland City Attorney's Office, Mr. Hall stated that the parties'

22  request for an extension of time in which to complete mediation had his full support, and that the parties

23  should so indicate in their request for extension.

24          Under all the circumstances described above, the parties assert that good cause exists for the

25  Court to extend the time in which mediation may be accomplished as set forth below.

### STIPULATION

27          All parties jointly request that the Court vacate the current mediation deadline and order that

28  mediation shall be completed in this matter no later than December 18, 2008.

2

Stipulated Motion and Order Extending Deadline for Mediation

1 | **SO STIPULATED.**

2

3

LAW OFFICES OF ANTHONY BOSKOVICH

July 24, 2008                    By:        /s/
ANTHONY BOSKOVICH
Attorney for Plaintiff

CITY OF NAPA

July 25, 2008                    By:        /s/
DAVID C. JONES, Deputy City Attorney
Attorney for City Defendants

## ORDER

Good cause appearing, the current mediation deadline of August 8, 2008 is vacated, and the

Court orders that mediation shall be completed in this matter no later than December 18, 2008.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:_____, 2008                    _____
MAGISTRATE JUDGE ELIZABETH D. LAPORTE

Stipulated Motion and Order Extending Deadline for Mediation