MICHAEL W. BARRETT, CITY ATTORNEY (SBN 155968)
DAVID C. JONES, DEPUTY CITY ATTORNEY (SBN 129881)
NAPA CITY ATTORNEY'S OFFICE (dcjones@cityofnapa.org)
CITY OF NAPA
P.O. BOX 660
NAPA, CA 94559
Telephone: (707) 257-9516
Facsimile: (707) 257-9274

Attorneys for Defendants OFFICER SEAN ULITIN and
OFFICER ADAM DAVIS

ANTHONY BOSKOVICH (SBN 121198)
LAW OFFICES OF ANTHONY BOSKOVICH
28 N. FIRST STREET, 6TH FLOOR
SAN JOSE, CA 95113-1210
(policemisconduct@compuserve.com)
Telephone: (408) 286-5150

Attorney for Plaintiff AGUEDA ESPINOZA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUEDA ESPINOZA,<br><br>    Plaintiff,<br><br>vs.<br><br>OFFICER SEAN ULITIN and OFFICER ADAM DAVIS and the CITY OF NAPA,<br><br>    Defendants. | Case No. C07 4678 EDL<br><br>STIPULATED MOTION AND ORDER EXTENDING DEADLINE FOR MEDIATION |

All parties jointly present this Stipulated Motion and Order pursuant to ADR L.R. 6-5 and Civil L.R. 7-11 and 7-12. The Court's assigned Mediator, Randolph W. Hall, supports the parties' request to extend the current mediation deadline.

**RECITALS**

At the May 6, 2008 case management conference, counsel for Defendants informed the Court that Defendants' intention was to bring an early summary judgment motion. Counsel for Defendants further informed the Court that Defendants would not be in a position to seriously participate in

1  mediation at least until depositions of Plaintiff, her husband, and another eye witness to the relevant
2  events had been taken, and more likely would not be in a position to seriously participate in mediation
3  until Defendants' summary judgment motion was decided.  The Court stated it would set the mediation
4  date at 90 days, subject to change at the parties' request.
5       Pursuant to the Court's May 8, 2008 order following case management conference, the case was
6  referred to the alternative dispute resolution program for mediation to take place, "if possible," within 90
7  days of the date of the order, which would have been August 8, 2008.
8       Shortly thereafter, Defendants contacted Plaintiff to request a date for Plaintiff's deposition, and
9  the parties initially agreed to a deposition date of June 20, 2008.
10      On June 4, 2008, Plaintiff's counsel office contacted Defendants' counsel and informed that due
11  to a trial Plaintiff and Plaintiff's counsel could not be available for depositions until July 28 and 29,
12  2008.  The parties agreed to hold those dates for the necessary depositions.
13      Pursuant to the parties' stipulation, on June 25, 2008, the Court set October 14, 2008 as the last
14  day for Defendants' summary judgment motion to be filed, and November 18, 2008 for hearing on the
15  matter, and further case management conference.
16      On July 10, 2008, Defendants' counsel contacted Plaintiff's counsel's office to confirm July 28
17  and 29, 2008 depositions.  Plaintiff's counsel's assistant replied that Plaintiff's counsel had been called
18  for jury duty the week of July 28th.  Shortly thereafter, the parties agreed to reschedule the depositions to
19  August 20 and 21, 2008.
20      At a July 22, 2008 pre-mediation telephone conference among the parties and the assigned
21  Mediator, Randolph W. Hall of the Oakland City Attorney's Office, Mr. Hall stated that the parties'
22  request for an extension of time in which to complete mediation had his full support, and that the parties
23  should so indicate in their request for extension.
24      Under all the circumstances described above, the parties assert that good cause exists for the
25  Court to extend the time in which mediation may be accomplished as set forth below.

**STIPULATION**

27  All parties jointly request that the Court vacate the current mediation deadline and order that
28  mediation shall be completed in this matter no later than December 18, 2008.

2

Stipulated Motion and Order Extending Deadline for Mediation

**SO STIPULATED.**

|   |   |   |
|---|---|---|
|   |   | LAW OFFICES OF ANTHONY BOSKOVICH |
| July 24, 2008 | By: | /s/ |
|   |   | ANTHONY BOSKOVICH |
|   |   | Attorney for Plaintiff |
|   |   |   |
|   |   | CITY OF NAPA |
| July 25, 2008 | By: | /s/ |
|   |   | DAVID C. JONES, Deputy City Attorney |
|   |   | Attorney for City Defendants |

**ORDER**

Good cause appearing, the current mediation deadline of August 8, 2008 is vacated, and the Court orders that mediation shall be completed in this matter no later than December 18, 2008.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 4, 2008

_____
MAGISTRATE JUDGE ELIZABETH D. LAPORTE