Anthony Boskovich, Esq. (SBN 121198)
Law Offices of Anthony Boskovich
28 N. First Street, 6th Floor
San Jose, California 95113-1210
policemisconduct@compuserve.com

Telephone: 408-286-5150

Attorney for Plaintiff: AGUEDA ESPINOZA

# IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| AGUEDA ESPINOZA,<br><br>*Plaintiff,*<br><br>vs.<br><br>OFFICER SEAN ULITIN and OFFICER, ADAM DAVIS and the CITY OF NAPA,<br><br>*Defendants.* | Case No. C 074678 EDL<br><br>STIPULATION AND ORDER ADJUSTING DEFENDANTS' DATE FOR FILING SUMMARY JUDGMENT MOTION |

1.  RECITAL SUPPORTING STIPULATION AND ORDER.

    Defendants' motion for summary judgment is currently set to be heard on November 18, 2008. The parties request that the matter be advanced to December 30, 2008, because both counsel have travel and trip schedules that will interfere with briefing. Specifically, Plaintiff's counsel will be out of the state on vacation during the period October 9 through October 19, 2008, and in trial in the matter of *Liberal v. Estrada, et al*; case number C 07-0024 SBA, from November 3 until November 10, 2008.

    Defendants' counsel will be unavailable November 7 through November 11, 2008.

///

Page 1

The parties, therefore, assert that good cause exists for the Court to vacate the current briefing and hearing schedule and to adopt the schedule set forth in the stipulation below.

2.  STIPULATION

Plaintiff and Defendants jointly request that the Court reschedule the relevant dates for Defendants' summary judgment motion as follows:

| | |
|---|---|
| Last Day for Defendants to File Motion for Summary Judgment: | November 25, 2008 |
| Plaintiff's Opposition Due: | December 9, 2008 |
| Defendants' Reply Due: | December 16, 2008 |
| Hearing and Case Management Conference: | ~~December 30, 2008~~ January 13, 2009 |

**SO STIPULATED.**

Dated: October 9, 2008

LAW OFFICES OF ANTHONY BOSKOVICH

By: _____
ANTHONY BOSKOVICH, Attorney
for Plaintiff AGUEDA ESPINOZA

Dated: October 9, 2008

CITY OF NAPA

By: _____
DAVID C. JONES, Deputy City Attorney
Attorney for Defendants

Good cause appearing, the current briefing and hearing schedule is vacated, and the Court adopts the briefing and hearing schedule set forth in the parties' stipulation, as ~~set forth~~ modified above. No further continuances will be granted absent good cause.

**SO ORDERED.**

Dated: October 10, 2008

By: _____
MAGISTRATE
ELIZABETH

IT IS SO ORDERED
AS MODIFIED
*Elizabeth D. Laporte*
Judge Elizabeth D. Laporte

Stipulation and Order Adjusting Defendants' Date for Filing Summary Judgment Motion    Page 2