MICHAEL W. BARRETT, CITY ATTORNEY (SBN 155968)
DAVID C. JONES, DEPUTY CITY ATTORNEY (SBN 129881)
NAPA CITY ATTORNEY'S OFFICE (dcjones@cityofnapa.org)
CITY OF NAPA
P.O. BOX 660
NAPA, CA 94559
Telephone:  (707) 257-9516
Facsimile:   (707) 257-9274

Attorneys for Defendants OFFICER SEAN ULITIN and
OFFICER ADAM DAVIS

ANTHONY BOSKOVICH (SBN 121198)
LAW OFFICES OF ANTHONY BOSKOVICH
28 N. FIRST STREET, 6TH FLOOR
SAN JOSE, CA 95113-1210
(policemisconduct@compuserve.com)
Telephone:  (408) 286-5150

Attorney for Plaintiff AGUEDA ESPINOZA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUEDA ESPINOZA, | Case No. C07 4678 EDL |
| Plaintiff, | STIPULATED ORDER EXTENDING DATE FOR COMPLETION OF MEDIATION |
| vs. | |
| OFFICER SEAN ULITIN and OFFICER ADAM DAVIS and the CITY OF NAPA, | |
| Defendants. | |

Defendants Sean Ulitin and Adam Davis, and Plaintiff Agueda Espinoza request the following stipulated order be entered:

**RECITALS**

1. Pursuant to a stipulated request, the Court previously set the ordered mediation date 30 days after the scheduled hearing on Defendants' Motion for Summary Judgment. The Motion was to be heard November 18, 2008, and mediation was to be completed December 18, 2008.

2. On October 10, 2008, and pursuant to stipulation, the Court reset the hearing date on the Motion to January 13, 2009. The parties neglected to request that the Court reset the mediation deadline to February 13, 2009. The mediation deadline remains set for December 8, 2008. Defendants continue to believe that mediation will not be fruitful in advance of the Court's ruling on the Motion.

**STIPULATION**

The parties jointly request that the deadline for completing mediation be vacated, and that a new deadline of February 13, 2009 be set.

**SO STIPULATED.**

|  |  | LAW OFFICES OF ANTHONY BOSKOVICH |
|---|---|---|
| December 4, 2008 | By: | /s/ |
|  |  | ANTHONY BOSKOVICH |
|  |  | Attorney for Plaintiff |

|  |  | CITY OF NAPA |
|---|---|---|
| December 4, 2008 | By: | /s/ |
|  |  | DAVID C. JONES, Deputy City Attorney |
|  |  | Attorney for City Defendants |

**ORDER**

Pursuant to Stipulation, it is hereby ordered that the current December 18, 2008 deadline for completing mediation is VACATED, and further ordered that the parties complete mediation no later than February 13, 2009.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 12/5/08, 2008

_____
MAGISTRATE JUDGE ELIZABETH D. LAPORTE

*IT IS SO ORDERED.*
*Judge Elizabeth D. Laporte*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

Stipulated Order Extending Date for Completion of Mediation

2