MICHAEL W. BARRETT, CITY ATTORNEY (SBN 155968)
DAVID C. JONES, DEPUTY CITY ATTORNEY (SBN 129881)
NAPA CITY ATTORNEY'S OFFICE (dcjones@cityofnapa.org)
CITY OF NAPA
P.O. BOX 660
NAPA, CA 94559
Telephone:  (707) 257-9516
Facsimile:   (707) 257-9274

Attorneys for Defendants OFFICER SEAN ULITIN and
OFFICER ADAM DAVIS

ANTHONY BOSKOVICH (SBN 121198)
LAW OFFICES OF ANTHONY BOSKOVICH
28 N. FIRST STREET, 6TH FLOOR
SAN JOSE, CA 95113-1210
(policemisconduct@compuserve.com)
Telephone:  (408) 286-5150

Attorney for Plaintiff AGUEDA ESPINOZA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUEDA ESPINOZA, | Case No. C07 4678 EDL |
| Plaintiff, | STIPULATED MOTION AND ORDER EXTENDING DEADLINE FOR MEDIATION |
| vs. | |
| OFFICER SEAN ULITIN and OFFICER ADAM DAVIS, | |
| Defendants. | |

All parties jointly present this Stipulated Motion and Order pursuant to ADR L.R. 6-5 and Civil L.R. 7-11 and 7-12. The Court's assigned mediator, Randolph W. Hall, supports the parties' request to extend the current mediation deadline.

**RECITALS**

1. On January 13, 2009, the Court heard argument on Defendants' motion for summary judgment. Counsel for Defendants has previously informed the Court that Defendants would not be in a position to seriously participate in mediation until Defendants' summary judgment motion was

decided. As a result of a previous request, the Court reset the mediation completion deadline in this matter for February 13, 2009, one month after the hearing on Defendants' motion for summary judgment.

2. In a telephone conference on January 14, 2009, the Court's assigned mediator Mr. Hall and counsel for both parties agreed that the appropriate course at this time, while Defendants' motion is under submission, was to ask the Court the extend the deadline for mediation to one additional month to March 13, 2009. This adjustment gives the Court adequate time to issue its ruling on the motion while simultaneously, the parties are not compelled to participate in mediation while the motion is pending.

3. Under all the circumstances described above, the parties assert that good cause exists for the Court to extend the time in which mediation may be accomplished as set forth below.

## STIPULATION

The parties jointly request that the Court vacate the current mediation deadline of February 13, 2009 and order that mediation shall be completed in this matter no later than March 13, 2009.

**SO STIPULATED.**

LAW OFFICES OF ANTHONY BOSKOVICH

January 27, 2009        By:         /s/
                                    ANTHONY BOSKOVICH
                                    Attorney for Plaintiff


CITY OF NAPA

January 27, 2009        By:         /s/
                                    DAVID C. JONES, Deputy City Attorney
                                    Attorney for City Defendants

## ORDER

Pursuant to Stipulation, it is hereby ordered that the current mediation deadline of February 13, 2009 is VACATED, and the Court orders that mediation shall be completed in this matter no later than March 13, 2009,

2

Stipulated Motion and Order Extending Deadline for Mediation

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 27, 2009       _____
                              MAGISTRATE JUDGE ELIZABETH D. LAPORTE



Stipulated Motion and Order Extending Deadline for Mediation